United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLASFORMS, INC.,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**LANDMARK AMERICAN INSUR. CO.** *et al.***,**<br><br>    **Defendants.** | **Case No.: 11-CV-03407 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD,

The Case Management Conference set for September 17, 2012 is **CONTINUED** to February 11, 2013.  The Court does not have any available trial dates to advance the parties' trial date.

**IT IS SO ORDERED.**

Date: September 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**