**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLASFORMS, INC.,**<br><br>　　　Plaintiff(s),<br><br>vs.<br><br>**LANDMARK AMERICAN INSURANCE COMPANY** *et al.*,<br><br>　　　Defendant(s). | **Case No.: 11-CV-03407 YGR**<br><br>**ORDER GRANTING REQUEST TO EXTEND DISCOVERY AND OTHER PRETRIAL DEADLINES** |

The parties' request to extend certain discovery deadlines (Dkt. No. 28) is **GRANTED**. The pretrial schedule is below, with revised dates in bold:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 2/11/2013 at 2:00 p.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 5/31/2012 |
| **NON-EXPERT DISCOVERY CUTOFF:** | **1/18/2013** |
| **DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED):** | **Opening: 2/1/2013**<br>**Rebuttal: 2/15/2013** |
| **EXPERT DISCOVERY CUTOFF:** | **4/5/2013** |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 3/6/2013 |
| **COMPLIANCE HEARING** (*See below*) | **Friday, 7/12/2013 at 9:01 a.m.** |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 7/12/2013 |
| **PRETRIAL CONFERENCE:** | **Wednesday, 7/24/2013 at 9:00 a.m.** |
| TRIAL DATE AND LENGTH: | Monday, 8/19/2013 at 8:30a.m. for 7-10 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

hearing on **Friday, July 12, 2013** at **9:01 a.m.** is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

This Order Terminates Docket Number 28.

**IT IS SO ORDERED.**

Dated:  October 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**