**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLASFORMS, INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**LANDMARK AMERICAN INSURANCE COMPANY** *et al.*,<br><br>    Defendants. | Case No.: 11-CV-03407 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from February 11, 2013 to **Monday, March 11, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

The Motion to Appear by Telephone at the February 11, 2013 Case Management Conference (Dkt. No. 38) is **DENIED AS MOOT**.

This Order terminates Dkt. No. 38.

**IT IS SO ORDERED.**

Date: February 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**