United States District Court
Northern District of California

1
2
3
4      **UNITED STATES DISTRICT COURT**
5      **NORTHERN DISTRICT OF CALIFORNIA**
6
7
8
9   | **GLASFORMS, INC.,**                        | Case No.: 11-CV-03407 YGR
10  |     Plaintiff,                              | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
11  |     vs.                                     |
12  | **LANDMARK AMERICAN INSURANCE COMPANY** *et al.*, |
13  |     Defendants.                             |
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16      YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is
17  **CONTINUED** from February 11, 2013 to **Monday, March 11, 2013** at **2:00 p.m.** in the Ronald V.
18  Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.
19      The Motion to Appear by Telephone at the February 11, 2013 Case Management Conference
20  (Dkt. No. 38) is **DENIED AS MOOT**.
21      This Order terminates Dkt. No. 38.
22      **IT IS SO ORDERED.**
23
24  Date: February 8, 2013                        _____
                                                  **YVONNE GONZALEZ ROGERS**
25                                                **UNITED STATES DISTRICT COURT JUDGE**
26
27
28